# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.** |
| | : | |
| **ISAAC ANTHONY THOMAS,** | : | **VIOLATIONS:** |
| **(Counts 1, 2, 3, 4, 5, 7, 9, 10, 11, 12)** | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| **CHRISTINA ANN LEGROS,** | : | **18 U.S.C. §§ 1512(c)(2), 2** |
| **(Counts 6, 8, 10, 12)** | : | **(Obstruction of an Official Proceeding)** |
| | : | **18 U.S.C. §§ 111(a)(1) and (b)** |
| **Defendants.** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers Using a Dangerous** |
| | : | **Weapon)** |
| | : | **18 U.S.C. § 1752(a)(1) and (b)(1)(A)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds with a Deadly or** |
| | : | **Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(2) and (b)(1)(A)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **18 U.S.C. § 1752(a)(4) and (b)(1)(A)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(G) (Parading,** |
| | : | **Demonstrating, or Picketing in a Capitol** |
| | : | **Building)** |
| | : | |

**<u>ORDER</u>**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, serious jeopardy to the investigation, and the compelling privacy interest of Isaac Thomas, the United States has established that a compelling interest exists to justify the requested sealing.

IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the redacted affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed upon both defendants.

IT IS FURTHER ORDERED that the unredeacted affidavit in support of criminal complain are sealed until further order of this Court.

IT IS FURTHER ORDER that the Clerk's office shall delay any entry on the public docket of the arrest warrants until they are both executed.

Date:   01/24/2023

_____

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE