AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-24 |
| ISAAC THOMOAS | ) Assigned To: Magistrate Judge Zia M. Faruqui |
|  | ) Assign. Date : 1/24/2023 |
|  | ) Description: Complaint with Arrest Warrant |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ISAAC THOMAS ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds
18 U.S.C. § 1752(a)(4) - Engaging in physical violence in a restricted building or grounds.
18 U.S.C. § 1752(b)(1)(A) - Entering and remaining in a restricted building or grounds with a deadly or dangerous weapon.
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building.
40 U.S.C. § 5104(e)(2)(F)- Act of physical violence in the Capitol Grounds or Buildings.
40 U.S.C. § 5104(e)(2)(G)-parade, demonstrate, or picket in any of the Capitol Buildings.
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon.
18 U.S.C. § 1512(c)(2)-Obstruction of an official proceeding.
18 U.S.C. 231(a)(3)-Civil disorder

Date: 01/24/2023

                                                                2023.01.24
                                                                17:44:24
                                                                -05'00'
                                                                *Issuing officer's signature*

City and state:    Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/24/2023 , and the person was arrested on *(date)* 01/26/2023
at *(city and state)* Flint, Michigan .

Date: 01/26/2023

                                                                *Arresting officer's signature*

                                                                Sean Thomas, Special Agent - FBI
                                                                *Printed name and title*