IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**ISAAC ANTHONY THOMAS**<br><br>**Defendant** | Criminal No.: 1:23-cr-00069-CKK<br><br>**DEFENDANTS CONSENT TO APPEAR BY VIDEO CONFERENCE** |

Defendants Isaac Anthony Thomas by and through undersigned counsel, hereby consents to proceed via Zoom video conference for the Arraignment and Status Conference set for 3/20/2023. This consent is provided freely and voluntarily and no threats or promises have been made to compel Defendants consent.

Dated: March 14, 2023

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I, John Pierce, hereby certify that on March 14, 2023 I caused an exact copy of this document to be sent via this Court's electronic filing system, to every attorney of record in this case.

/s/ John Pierce     March 14, 2023