UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-069-CKK |
| | : | |
| ISAAC THOMAS, | | |
| CHRISTINA LEGROS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Based upon the representations in the Motion to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is GRANTED; it is further

**ORDERED** that the currently scheduled arraignment on the indictment for Defendant Isaac Thomas shall occur on March 20, 2023 at 1:00 p.m.; and it is further

**ORDERED** that the arraignment on the indictment for Defendant Christina Legros shall occur on April 3, 2023 at 1:00 p.m.; and it is further

**ORDERED** that the time between March 20, 2023, and April 3, 2023, shall be excluded from calculation for Defendant Isaac Thomas under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(6).

DATE:

Honorable Colleen Kollar-Kotelly
United States District Judge