IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ISAAC ANTHONY THOMAS,<br><br>               Defendant. | Criminal No.: 1:23-cr-00069-CKK<br><br>**DEFENDANT'S CONSENT TO WAIVE SPEEDY TRIAL** |

Defendant Isaac Anthony, by and through undersigned counsel, hereby consents to a waiver to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, for the time between March 8, 2023, the date the Indictment was filed (ECF No. 11), and the date of the next status hearing on April 25, 2023. This consent is provided freely and voluntarily, and no threats or promises have been made to compel the Defendant's consent.

Dated: March 23, 2023

*Isaac Thomas*

Date: 03-23-23

                                              Respectfully Submitted,

                                              */s/ John M. Pierce*
                                              John M. Pierce
                                              21550 Oxnard Street
                                              3rd Floor, PMB #172
                                              Woodland Hills, CA 91367
                                              Tel: (213) 400-0725
                                              Email: jpierce@johnpiercelaw.com

                                              *Attorney for Defendant*