

| **BPD - BURTON POLICE DEPARTMENT** <br> **Case Report** | Case No. 2383901586 <br> Case Status Arrest <br> Report Date/Time: 5/31/2023 5:53:02 PM <br> Reporting Officer: Peters, Jessica |
|---|---|

**FILE CLASS/OFFENSE:**
93001 - Traffic, Non-Criminal - Accident
89003 - Violation - Insurance - Fail to File PLPD Insurance

**NATURE OF INCIDENT:**
93001/89003/PI/NO INSURANCE/FAIL TO STOP ASSURED CLEAR DISTANCE/THOMAS/EAGLESON/PETERS

**OCCURRED ON:**          5/31/2023 5:52:25 PM
(and Between)

**VENUE:** Maple Ave / Palomar Dr  BURTON, MI  48519
**CITY/TOWNSHIP:** 80 - Burton, Genesee

| **VICTIM:** | **VICTIM OF:** 9910 - 93001 - Traffic, Non-Criminal - Accident <br> 8920 - 89003 - Violation - Insurance - Fail to File PLPD Insurance <br> **VICTIM TYPE:** Society/Public |
|---|---|
| | DOB: | | AGE: |
| RACE: | SEX: | | JUV: |
| HGT: | WGT: | | HAIR: |
| EYES: | ETH: | | Circumstances: |
| SSN: | DLN: | | DL State: |
| **ADDRESS INFORMATION:** | | | |
| Phone Information: | | Emails: | |
| **NOTES:** | | | |

| **ARRESTEE:** Thomas, Isaac Anthony | **ARRESTED FOR:** 8920 - 89003 - Violation - Insurance - Fail to File PLPD Insurance |
|---|---|
| JUV: N - No | ARREST NO: 009375 |
| DOB: ███ | TYPE: On-View Arrest |
| AGE: 20 | DATE: 5/31/2023 |
| SEX: Male | |
| RACE: White | |
| HGT: 5' 11" | WGT: 200 | HAIR: Brown |
| EYES: Blue | ETH: U - Unknown | Circumstances: |
| SMT: | | |
| SSN: ███ | DLN: ███ | DL State: Michigan |

**ADDRESS INFORMATION:**
H - Home: ███
H - Home: ███
H - Home: ███
H - Home: ███

Phone Information:                                Emails:
H - Home: ███
M - Mobile: ███

**NOTES:**

| **OTHERS:** ███ | **ENTITY TYPE** Other Person | |
| | DOB: ███ | AGE: 78 |
| RACE: White | SEX: Female | JUV: N - No |

| Case Report <br> Page 1 of 4 | Reporting Officer: Peters, Jessica <br> Case No. 2383901586 | Printed: June 2, 2023 - 12:20 PM |
|---|---|---|



| BPD - BURTON POLICE DEPARTMENT<br>Case Report | | Case No. 2383901586<br>Report Date/Time: 5/31/2023 5:53:02 PM<br>Reporting Officer: Peters, Jessica |
|---|---|---|

| | | |
|---|---|---|
| HGT: 5' 8" | WGT: 175 | HAIR: Gray |
| EYES: Hazel | ETH: | Complexion: |
| Facial Hair: | Attire: | |
| SSN: | POB: | Resident: Resides in the County but not the community where the offense occurred |
| DL Number: ▇▇▇▇▇▇▇ | DL State: Michigan | DL Country: |
| Employer/School: | Employer Address: | |
| Occupation/Grade: | | |

ADDRESS INFORMATION:
  H - Home: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Phone Information:           Emails:
  M - Mobile: ▇▇▇▇▇▇
NOTES:

**PROPERTY:**
STATUS: Held For Safe Keeping (Includes Impounds)
PROPERTY TYPE: Automobile (not Stolen or Recovered)
RECOVERED BY:                                     RECOVERED DATE/TIME:
PROPERTY DESCRIPTION:
DRUG QUANTITY/MEASURE: /                          COUNT: 1
VALUE: 01.00                                      COLOR:
MANUFACTURER: CHEVROLET                           MODEL: MALIBU
SN/VIN: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           LICENSE NO: ▇▇▇▇▇▇
VEHICLE DESCRIPTION: SILVER 2009 CHEVROLET MALIBU . VEHICLE YEAR: 2009
VEHICLE COLOR: SIL - Silver or Aluminum
NOTES:

**PROPERTY:**
STATUS: Information Only
PROPERTY TYPE: Automobile (not Stolen or Recovered)
RECOVERED BY:                                     RECOVERED DATE/TIME:
PROPERTY DESCRIPTION:
DRUG QUANTITY/MEASURE: /                          COUNT: 1
VALUE: 01.00                                      COLOR:
MANUFACTURER: CHEVROLET                           MODEL: AVALANCHE
SN/VIN: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                           LICENSE NO: ▇▇▇▇▇▇
VEHICLE DESCRIPTION: SILVER 2012 CHEVROLET AVALANCHE  VEHICLE YEAR: 2012
VEHICLE COLOR: SIL - Silver or Aluminum
NOTES:

**BPD - BURTON POLICE DEPARTMENT**
Case Report



Case No. 2383901586
Report Date/Time: 5/31/2023 5:53:02 PM
Reporting Officer: Peters, Jessica

NARRATIVE:
Peters, Jessica - BPD-51727
5/31/2023 8:04:02 PM
please up load your pictures and attach them to the report

tb

INFORMATION:

On Wednesday, May 31st, 2023 at approximately 1804 hrs, I (Officer Peters) was dispatched to Maple Ave / Palomar Dr reference an unknown accident. The caller advised he was involved in an accident in a silver Malibu vs a silver pickup truck.

Upon arrival, I observed a W/M, later identified as Isaac Thomas through his SOS image, in a silver Chevrolet Malibu ▓▓▓ on the westbound lanes. The Malibu's front end was crushed in and the front passenger side of the vehicle was up against a guardrail. There was a silver Chevrolet Avalanche ▓▓▓ in front of the Malibu with its rear end smashed in. Thomas advised that the driver of the Avalanche had slammed on her brakes. He stated he did not have time to stop, so he crashed into the Avalanche. Thomas was later transported to Genesys by Swartz A131.

 The driver of the Avalanche was later identified as ▓▓▓ through here SOS image. ▓▓▓ provided her driver's license, registration, and insurance. Thomas provided his driver's license and expired insurance. ▓▓▓ advised she was rear ended after slowing down for traffic. ▓▓▓ was later transported to Hurley Medical Center by MMR B878.

LEIN/SOS:

I ran Thomas and his vehicle through LEIN/SOS. Thomas came back as a restricted driver with no warrants. There were no restrictions listed. His 2009 Chevrolet Malibu came back valid without insurance.

I ran ▓▓▓ and her vehicle through LEIN/SOS. ▓▓▓ came back as a valid driver with no warrants. Her 2012 Chevrolet Avalanche was clear and valid.

CITATION:

Thomas was issued citation #1519620 for fail to stop in assured clear distance.

IMPOUND:

Smitty's impounded Thomas' Malibu to their lot. Impound #14999.

▓▓▓ Avalanche was taken by General's Towing to Auto Pride per ▓▓▓ request.

LEIN ENTRY:

Thomas' Malibu was entered into LEIN as impounded. Reference #43472479.

UD-10:

For more information, see UD-10 #81597.

PHOTOGRAPHS:

I photographed the scene with my department issued camera. The photographs were later uploaded to this report.

ON CALL DETECTIVE:

| BPD - BURTON POLICE DEPARTMENT<br>Case Report |  | Case No. 2383901586<br>Report Date/Time: 5/31/2023 5:53:02 PM<br>Reporting Officer: Peters, Jessica |
|---|---|---|

I contacted Detective Sabourin and advised him of the incident.

STATUS:

No further information.