

Isaac Thomas relocation to Texas

Inbox

Andrea Jarois 3 days ago
to me, John

Good morning,

Mr. Thomas advised me earlier this week that he has plans to relocate to Texas come August. I notified the District of Columbia as they maintain jurisdiction of the case, and his supervision would need to be transferred to Texas. This is the response I received:

"If the defendant wishes to move we will need an address of where he is attending to move prior to approval. Once an address is determined his attorney must request a modification in his conditions to reflect the new district, in place of Michigan. This must be done prior to him moving."

Any further questions about what is required I would suggest be submitted to the District of Columbia Pretrial officer.

Thank you,



Andrea E. Jarois
U.S. Pretrial Services Officer
Theodore Levin United States Courthouse
231 W. Lafayette Boulevard
Detroit, MI 48226
Andrea_Jarois@miept.uscourts.gov
Phone: (313) 234-5321
Fax: (313) 202-5903