**Event Date**
07/06/2023

**Description**
ORDER ENTERED FOR EVICTION

**Party/Count**
D1

**Clerk**
LKK

---

**Event Date**
07/05/2023

**Description**
ORDER FILED FOR EVICTION

| Party/Count | Amount |
|---|---|
| P1 | $15.00 |

**Clerk**
AMH

---

**Event Date**
06/21/2023

**Description**
BENCH TRIAL HELD CER #9598 GAIL REDMOND

**Party/Count**
ALL

**Clerk**
LKK

**Description**
JUDGMENT ENTERED BY CONSENT

**Party/Count**
D1

**Clerk**
LKK