Approved, SCAO

Original - Officer return
1st copy - Court
2nd copy - Defendant
3rd copy - Plaintiff

| STATE OF MICHIGAN JUDICIAL DISTRICT | APPLICATION AND ORDER OF EVICTION Landlord-Tenant / Land Contract | CASE NO. C23F0904 LT |
|---|---|---|

67th District Court
Burton Division
4094 Manor Dr.
Burton, Michigan 4851

Court address

Court telephone no.

Plaintiff's name, address, and telephone no.

Heather Malone
359 Browning Ave
Flint, MI 48507   810-308-9840

v

Defendant's name(s) and address(es)

Isaac Thomas
G 4493 Fenton Rd Lot 55
Burton, MI 48529

Plaintiff's attorney, bar no., address, and telephone no.

NOTE: An application may be required even though a
request for an order of eviction is granted in the judgment.

**APPLICATION**

1. On __6/21/23__ judgment was entered against the defendant(s) and the plaintiff was awarded
Date
possession of the following described property: __G 4493 Fenton Rd Lot 55__
__Burton, MI ~~158~~ 48529__

2. No payment has been made on the judgment or no rent has been received since the date of judgment, except the sum of
$ __830.00__ received under the following conditions: __Payment sent through__
__Cash App. Also Defendant Cera Funds are still waiting__
__approval. Cera Amort $1450.00__

3. The plaintiff has complied with the terms of the judgment.

4. The time stated in the judgment before an order of eviction can be issued has elapsed.

I declare that the statements above are true to the best of my information, knowledge, and belief.

__7-5-23__
Date

Plaintiff/Attorney signature

**ORDER OF EVICTION**

**IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN:**

To the Court Officer: You are ordered to restore the plaintiff to, and put the plaintiff in, full possession of the premises.

__7/6/23__
Date issued

Judge

P-72175
Bar no.

NOTE: In tenancy cases, this order must be executed within 56 days of the issuance date.

DC 107a (3/16)  APPLICATION AND ORDER OF EVICTION, Landlord-Tenant / Land Contract

MCL 600.5744, MCR 4.201(L),
MCR 4.202(K)