| Approved, SCAO | Original complaint - Court<br>Warrant - Court | 2nd complaint copy - Prosecutor<br>3rd complaint copy - Defendant |
|---|---|---|
| STATE OF MICHIGAN<br>67th JUDICIAL DISTRICT | COMPLAINT<br>MISDEMEANOR | CASE NO.<br>2383902322 |

| ORI MI- 250095J | Court address<br>4094 Manor Dr, Burton MI 48519 | Court telephone no.<br>810-743-5600 |
|---|---|---|
| THE PEOPLE OF<br>☐ The State of Michigan<br>☑ City of Burton | Defendant's name and address<br>Issac Anthony Thomas<br>v | Victim or complainant<br>Detective Amanda Eads<br>Complaining witness<br>Detective Amanda Eads |

| Codefendant(s) (if known)<br>08/ | | | | Date: On or about<br>08/08/2023 | |
|---|---|---|---|---|---|
| City/Twp./Village<br>Burton | County in Michigan<br>Genesee | Defendant TCN | Defendant CTN | Defendant SID<br>5368526T | Defendant DOB |
| Police agency report no.<br>2383902322 | Charge<br>Threats by Computer, Telephone or Other Comm. Device | | | Maximum penalty<br>93 Days and/or $500.00 Fine | |
| ☐ A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case. | | ☐ Oper/Chauf.<br>☐ CDL | Vehicle Type | Defendant DLN | |

Witnesses
Please see attached report.

STATE OF MICHIGAN, COUNTY OF  GENESEE                                    .

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

Threats by Computer, Telephone, or Other Telecommunication Device

Issac Anthony Thomas did threaten physical harm or damage to any person or property or used any vulgar, indecent, obscene, or offensive language or suggested any lewd or lascivious act, the person being : A███ H███ of the 67th District Court, Burton.

Burton City Ordinance 134.05

☐ The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on 8/14/23 by:<br>████████████<br>Prosecuting official | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br>████████████<br>Complaining witness signature<br>8/14/2023<br>Date |
|---|---|

DC 225 (12/19)  COMPLAINT, MISDEMEANOR                                                MCL 780.581, MCR 6.102(F)