# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          v.<br><br>ISAAC ANTHONY THOMAS,<br><br>          Defendant. | Criminal Action No. 23-69-1 (CKK) |

## ORDER
(August 17, 2023)

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Issac Anthony Thomas's [39] Motion to Modify Conditions of Release is **DENIED**.

**SO ORDERED**.

/s/
**COLLEEN KOLLAR-KOTELLY**
United States District Judge