IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No.: 1:23-cr-00069-CKK |
| **Complainant** | |
| -v- | **DEFENDANT ISAAC ANTHONY THOMAS' SUPPLEMENT ON ALTERING TERMS OF RELEASE ON BAIL** |
| **ISAAC ANTHONY THOMAS,** | |
| Defendant. | **SWORN INVESTIGATIVE REPORT BY TRENISS EVANS** |

Defendant Isaac Anthony, by and through undersigned counsel, hereby provides this supplement by filing the attached Affidavit from the factual investigation of Treniss Evans to illuminate the factual confusion about the release from pre-trial detention.

Dated: August 17, 2023          Respectfully Submitted,


/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I uploaded this document to the Court's electronic filing system, which thereby serves all parties, including:

MATTHEW M. GRAVES
United States Attorney

1

ADAM M. DREHER
Assistant United States Attorney
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

/s/ John M. Pierce
John M. Pierce, Esq.