Isaac Thomas was seen on 07/31/2023 at Seay Center Behavioral Health. A Behavioral Health Level of care assessment was completed and Mr. Thomas was provided with a recommended treatment level of: outpatient providers (therapy and psychiatry).

Listed below are the follow up instructions discussed during your visit along with the safety plan you developed with the clinician.Please engage the providers listed below as indicated for follow up care.

**If further medical records are required, please reach out to Health Information Management team by calling 1-855-681-8243, emailing HIMSROI@texashealth.org, or visiting https://www.texashealth.org/About-Texas-Health/Request-Medical-Records.**

The Safety Plan you created with the clinician is also viewable below. This serves as a tool to assist with problem solving and identifying coping skills during times of distress.

If you become unable to keep yourself safe please go to your nearest emergency department of contact 911. The National Suicide Prevention Lifeline 1-800-273-TALK (8255) is available 24/7.

## SAFETY PLAN

**Warning Signs and Coping Strategies**

| | |
|---|---|
| Warning Signs: | pt denies all depressive symptoms |
| Internal Coping Strategies: | walks; taking dog on walk; nature |

**People and social settings that provide distraction**

| | |
|---|---|
| Name: | aunt Jalise |
| Places | woods |

**People whom I can ask for help:**

| | |
|---|---|
| Name(s) | aunt jalise |

**Professionals or agencies I can contact during a crisis:**

| | |
|---|---|
| Local Emergency Service | Montague County-Helen Farabee Centers |
| Emergency Service Address | 605 Decatur Street Bowie, TX 76230 |
| Emergency Service Phone | (800) 621-8504 |

Suicide Prevention Lifeline: Call or Text 988 or 1-800-273-TALK (8255)

**Making the environment safe/What is important to me and worth living for**

| | |
|---|---|
| Making the environment safe: | secure home for lethal means |

Safety Plan was last Reviewed and/or Updated on:7/31/2023 10:54 AM

This letter was initially viewed by Isaac Thomas at 8/15/2023 7:18 AM.