Case 1:23-cr-00069-CKK   Document 44-9   Filed 08/18/23   Page 1 of 1

