# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br>    Defendant. | Criminal Action No. 23-69-1 (CKK) |

## ORDER
(August 18, 2023)

The Court held an initial revocation hearing in this matter on August 18, 2023, during which the parties discussed Defendant Thomas's current housing status.

As was explained in the Court's Minute Order posted earlier today, Defendant Thomas indicated that he would prefer to remain in Michigan, either at his aunt Deborah Barker's house, or at other housing.  Pretrial Services Agency ("PSA") for the Eastern District of Michigan indicated that they will contact Defendant Thomas's aunt and assess whether the housing is appropriate; they will also investigate alternative residential options to house Defendant Thomas. In the short term, Defense counsel offered that Defendant Thomas could stay in an apartment with Defense counsel's law firm tonight.  The Defense provided information, off the record, for Defense counsel's apartment, as well as the address, name, and contact information for Defendant's aunt.

Accordingly, the Court will allow Defendant Thomas to remain in the custody of Defense counsel until such time that PSA for Michigan and the District of Columbia can confirm housing for Defendant Thomas in Michigan, either with his aunt Barker, or in alternative housing.

The Court therefore ORDERS that the [9] Order Setting Conditions of Release is AMENDED to allow Defendant Thomas to remain in the District of Columbia, in the custody of

1

his attorney, until such time as Pretrial Services Agency for the Eastern District of Michigan and/or Pretrial Services Agency for the District of Columbia secure housing for Defendant Thomas in Michigan, either with his aunt Deborah Barker or in alternative housing.

    SO ORDERED.

Date: August 18, 2023

                                                        /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge