UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>ISAAC ANTHONY THOMAS,<br><br>    Defendants. | Criminal No.  23-cr-69-1 (CKK) |

ORDER IDENTIFYING TEMPLATE FOR
PROPOSED PRETRIAL SCHEDULING ORDER
(August 28, 2023)

      As discussed with the parties during the status hearing on August 28, 2023, the Court issues this template for a proposed Pretrial Scheduling Order. The parties shall confer and review this template, add dates to the "Proposed Deadlines" column, and file it with the Court no later than **October 2, 2023**.

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment        _____
Aspirational date for grand jury decision re: superseding indictment       _____
Government to complete discovery under any superseding indictment          _____
Discovery motions (Fed. R. Crim. P. 16)                                    _____

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702)                                 _____
Defendant's expert notice (FRE 701 & 702)                                  _____
Government's FRE 404(b) notice                                             _____
Defendant's response to FRE 404(b) notice                                  _____
*Brady* notice                                                             _____

Experts
Expert reports (FRE 702)                                                   _____
Lay witness identification and subject matter (FRE 701)                    _____

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                                 _____
    Government's response to Defendant's non-evidentiary motions          _____
    Defendant's reply as to non-evidentiary motions                       _____

1

Government's non-evidentiary pretrial motions      _____
    Defendant's response to Government's non-evidentiary motions      _____
    Government's reply as to non-evidentiary motions      _____

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*      _____
    Government's response to Defendant's evidentiary motions      _____
    Defendant's reply as to evidentiary motions      _____
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))      _____
    Defendant's response to Government's evidentiary motions      _____
    Government's reply as to evidentiary motions      _____

<u>Motions in Limine</u>
Motions *in limine* by both sides      _____
Responses to motions *in limine*      _____
Replies as to motions *in limine*      _____

Joint notice of stipulations      _____

*Giglio*, *Jencks*, and Rule 26.2 material      _____

*Voir Dire* and Jury Instructions      TBD

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits      TBD
Defendant's witness list, exhibit list and exhibits      TBD

<u>Hearings</u>
Status Hearing      _____

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                          /s/
                                                 COLLEEN KOLLAR-KOTELLY
                                                 United States District Judge