**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Complainant<br><br>-v-<br><br>**ISAAC ANTHONY THOMAS,**<br><br>Defendant. | Criminal No.: 1:23-cr-00069-CKK<br><br>NOTICE OF APPEAL OF DETENTION ORDER |

Counsel for Defendant Isaac Thomas, John M. Pierce, hereby give notice of appeal of the detention order in this case, pursuant to 18 U.S. Code § 3145(c) (Review and appeal of a release or detention order), of section 1291 of title 28 U.S.C. § 1291 and 18 U.S.C. section 3731. Pierce is also moving to withdraw from this case but files this notice to protect Mr. Thomas' rights.

Dated: September 8, 2023                     Respectfully Submitted,


                                             /s/ John M. Pierce
                                             John M. Pierce
                                             21550 Oxnard Street
                                             3rd Floor, PMB #172
                                             Woodland Hills, CA 91367
                                             Email: jpierce@johnpiercelaw.com
                                             *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I uploaded this document to the Court's electronic filing system, which thereby serves all parties, including:

MATTHEW M. GRAVES, Esq.
United States Attorney

ADAM M. DREHER, Esq.
Assistant United States Attorney
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

Stephen F. Brennwald, Esq.
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928-7727
(202) 544-7626 (fax)
sfbrennwald@cs.com
Attorney for

/s/ John M. Pierce
John M. Pierce