𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱
𝔉𝔬𝔯 𝔱𝔥𝔢 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔆𝔬𝔩𝔲𝔪𝔟𝔦𝔞
----------------------------------------------------------X

UNITED STATES OF AMERICA,

Case No. 23-cr-69 (CKK)


- *against* -                                    **NOTICE OF APPEARANCE**


ISAAC THOMAS,
CHRISTINA LEGROS,

*Defendants*.

----------------------------------------------------------X

MSSRS:

𝔓𝔩𝔢𝔞𝔰𝔢 𝔗𝔞𝔨𝔢 𝔑𝔬𝔱𝔦𝔠𝔢 that the above-named Defendant, ISAAC THOMAS, has

retained the undersigned to represent him in the above captioned matter and

demands all papers in this action be served upon the undersigned at the office and

post office address stated below.


Dated:  New York, New York
        October 5, 2023

                         Respectfully Submitted,

                         ____/s/_____
                         STEVEN A. METCALF II, ESQ.
                         *Attorney for Mr. Thomas*
                         Metcalf & Metcalf, P.C.
                         99 Park Avenue, 6th Flr.
                         New York, NY 10016
                         (*Office*) 646.253.0514
                         (*Fax*) 646.219.2012