UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-69-CKK |
| | : | |
| ISAAC THOMAS, | : | |
| CHRISTINA LEGROS | : | |
| Defendants. | : | |

**PROPOSED PRETRIAL SCHEDULING ORDER**

The United States, in conference with Defendant Thomas, seeks an order governing the pretrial schedule in Defendant Thomas's prosecution as follows:

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present indictment | December 15, 2023 |
| Aspirational date for grand jury decision re: superseding indictment | December 15, 2023 |
| Government to complete discovery under any superseding indictment | January 5, 2023 |
| Discovery motions (Fed. R. Crim. P. 16) | January 12, 2023 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | January 5, 2023 |
| Defendant's expert notice (FRE 701 & 702) | January 19, 2023 |
| Government's FRE 404(b) notice | January 19, 2023 |
| Defendant's response to FRE 404(b) notice | February 2, 2023 |
| *Brady* notice | |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | January 19, 2023 |
| Lay witness identification and subject matter | February 23, 2023 |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions such as motion challenging the indictment | January 19, 2023 |
|     Government's response to Defendant's non-evidentiary motions | February 2, 2023 |
|     Defendant's reply to non-evidentiary motions | February 9, 2023 |
| Government's non-evidentiary pretrial motions | January 26, 2023 |
|     Defendant's response to non-evidentiary pretrial motions | February 9, 2023 |

1

|  |  |
|---|---|
| Government's reply to non-evidentiary pretrial motions | February 16, 2023 |

<u>Evidentiary Pretrial Motions</u>

|  |  |
|---|---|
| Defendant's evidentiary pretrial motions, Such as motions to suppress evidence, or *Daubert* | February 9, 2023 |
| Government's response to Defendant's evidentiary motions | February 23, 2023 |
| Defendant's reply as to evidentiary motions | March 1, 2023 |
| Government's evidentiary pretrial motions Such as *Daubert* and other crimes (404(b)) | February 16, 2023 |
| Defendant's response to Government's evidentiary motions | March 1, 2023 |
| Government's reply as to evidentiary motions | March 8, 2023 |

<u>Motions in Limine</u>

|  |  |
|---|---|
| Motions *in limine* by both sides | February 16, 2023 |
| Responses to motions *in limine* | March 1, 2023 |
| Replies as to motions *in limine* | March 8, 2023 |
| *Giglio*, *Jencks*, and Rule 26.2 material | March 11, 2023 |

<u>Hearings</u>

|  |  |
|---|---|
| Status Hearing | March 13, 2023 |

Respectfully submitted,

| | |
|---|---|
| STEVEN A. METCALF II, ESQ. | MATTHEW M. GRAVES |
| Attorney for Mr. Thomas | United States Attorney |
| Metcalf & Metcalf, P.C. | D.C. Bar No. 481052 |
| | |
| /s/ *Steven A. Metcalf* | /s/ *Adam M. Dreher* |
| Steven A. Metcalf II | Adam M. Dreher |
| 99 Park Avenue, 6th Flr. | Assistant United States Attorney |
| New York, NY 10016 | Mich. Bar No. P79246 |
| (Office) 646-253-0514 | 601 D. St. N.W. |
| (Fax) 646-219-2012 | Washington, D.C. 20530 |
| | (202) 252-1706 |
| | adam.dreher@usdoj.gov |