# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br><br>Defendant. | Criminal Action No. 23-0069-1 (CKK) |

**ORDER**
(October 19, 2023)

At the status hearing held in this matter on October 17, 2023, counsel for Defendant Isaac Thomas moved the Court to order a mental health screening for the Defendant. The Court finds that a psychiatric examination and report is necessary to determine whether Defendant Thomas is competent to stand trial. Defendant Thomas is located at the D.C. Jail. Therefore, it is hereby

**ORDERED**, that the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH") shall evaluate Defendant, on an outpatient basis, for the purpose of a forensic screening for a preliminary assessment of competency pursuant to 18 U.S.C. §§ 4241(b) and 4247(b) to determine: (1) whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and (2) if so, whether the examining psychiatrist believes he should be transferred to a mental facility for further examination and treatment. It is further

**ORDERED**, that, pursuant 18 U.S.C. § 4247(b), the evaluator shall be a licensed or certified psychiatrist or psychologist and shall submit to the Court under seal by **December 1, 2023** a report as required by §§ 4247(c)(1) through 4247(c)(4)(A). It is further

**ORDERED**, that Defendant shall participate and cooperate in the evaluation conducted by DBH. It is further

**ORDERED**, that the Assistant United States Attorneys assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the forensic screening and report.

**SO ORDERED**.

Dated: October 19, 2023

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge
