UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | LEAVE TO FILE GRANTED |
| : | Judge C Kolla-Kelly |
| v. : | Case No. 23-cr-00069-CKK |
| : | Oct 13, 2023 |
| ISAAC ANTHONY THOMAS : | |
| : | |
| Defendant. : | |

### MOTION FOR REFUND OF FILING FEE

Karen D. Saffron requests entry of an order refunding the $505.00 filing fee paid for Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals on behalf of ISAAC ANTHONY THOMAS (1) re 54 Notice of Appeal - Interlocutory. (zhsj) (Entered: 09/15/2023), and states as follows:

1. On October 3, 2023, Karen D. Saffron paid a filing fee of $505.00, via Northwest Credit Union Debit Card electronically, using a Pay.gov account, Form Name: DCD Criminal Debt Form.
2. It is respectfully requested that the paid filing fee be refunded, as I was informed that the defendant has retained different counsel, and they are proceeding in a different direction. I am not part of counsel's team, and was requested to withdraw this filing fee payment.
3. After coordination with the Finance office, they advised the filing of a Motion for Refund of Filing Fee to the court, before they could return the payment.
4. Here are the specific of the payment:
**PLEASE NOTE:** the link shows all details of the payment that the finance office may require to reverse payment. The below picture shows a quick view of the payment.

https://www.pay.gov/public/a/collection/receipt/27879H0G



RECEIVED
Mail Room

OCT 10 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**I need to see my payment. What can I do?**

Contact the federal government agency you paid. Pay.gov is unable to look up your payment.

| All (1) | Completed (1) | Rejected (0) | Pending (0) |

Sort by: Transaction Date

● View Details
🧾 View Receipt

**DCD Criminal Debt Form**

United States District Courts Criminal Debt
**Pay.gov Tracking ID:** 27879H0G
**Transaction Date:** 10/03/2023 12:50:32 PM EDT
**Transaction Amount:** $505.00
**Payment Type:** Debit or credit card
**Transaction Status:** Success
**Payment Date:** 10/03/2023
**Frequency:** One Time

WHEREFORE, Karen D. Saffron requests the entry of an order that refunds the filing fee.
DATED: October 4, 2023

*Karen D. Saffron*

E-Mail: karen.d.saffron@gmail.com
3243 Blundell Road
Falls Church, Virginia 22042
571-425-1840