UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br><br>Defendant. | Criminal Action No. 23-0069-1 (CKK) |

**ORDER**
(November 17, 2023)

The Court is in receipt of the [69] Motion for Refund of Filing Fee filed by Karen D. Saffron. Attorney Saffron requests entry of an order refunding the $505.00 filing fee paid for an appeal on behalf of Defendant Isaac Thomas, which she paid on October 3, 2023. *See* ECF No. 69 at 1. She explains that she "was informed that the defendant has retained different counsel, and they are proceeding in a different direction. [She is] not part of counsel's team, and was requested to withdraw this filing fee payment." *See id.*

Pursuant to Guide to Judicial Policy, "[t]he Judicial Conference's current policy on refunding filing fees, in effect since 1949, has been broadly interpreted to generally prohibit refunds of fees due upon filing, even if a party filed the case in error or the court dismissed the case or proceeding." 4 Guide to Judicial Policy § 650.10, https://jnet.ao.dcn/policy-guidance/guide-judiciary-policy/volume-4-court-and-case-administration/ch-6-fees#650. The Guide continues to emphasize that "Judicial Conference policy generally prohibits the refund of fees" but that, as of 2005, there are exceptions for when "user errors in electronic payments are made." *Id.* §§ 650.20, 650.20(a).

1

In light of this guidance, and as Attorney Saffron does not fit the exception, the Court will **DENY** Attorney Saffron's [69] Motion for Refund of Filing Fee.

**SO ORDERED**.

Dated: November 17, 2023

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge