

# EXHIBIT A

**Metcalf & Metcalf, P.C.**
99 Park Avenue, 6th Floor
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

To your honorable judge and the court.

We Leonard and Sherry Marden would like to inform the court that we are in agreement to open our home at 4320 N Oak Road, Davison MI 48423 to Isaac Thomas for him to live here.

It is understood that there will be no firearms located at the residence listed above.

Current residents living at 4320 N Oak Road, Davison MI 48423:

Leonad Marden Pilot for Kalitta Charters LLC

Sherry Marden Nurse

Son Matthew Marden Pilot for Sky West


Leonard Marden

810-964-3025

ckslenny@yahoo.com

Sherry Marden

810-964 3774

smarden747@gmail.com

Matthew Marden

772-913-1933

marden747@gmail.com