# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br><br>Defendant. | Criminal Action No. 23-0069-1 (CKK) |

**ORDER**
(December 21, 2023)

It is this 21st day of December, 2023, hereby **ORDERED** that Defendant's [81] Motion for Discovery in the above-captioned case has been referred to Magistrate Judge Moxila A. Upadhyaya for resolution pursuant to Local Rule of Civil Procedure 72.2(a) & (b). The Court **ORDERS** Magistrate Judge Moxila A. Upadhyaya to provide an update by JANUARY 19, 2024 regarding the resolution of this Motion.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge