# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br><br>Defendant. | Criminal Action No. 23-0069-1 (CKK) |

**ORDER**
(February 8, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court **GRANTS** Defendant Thomas's [82] Motion, subject to the conditions of release set forth in a forthcoming order.

The Court **ORDERS** Defendant Thomas to appear for a status hearing on February 12, 2024 at 9:00 am EST in Courtroom 28A.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

1