UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC ANTHONY THOMAS,<br><br>Defendant. | Criminal Action No. 23-069-1 (CKK) |

**ORDER**
(February 12, 2024)

The Court **ORDERS** that Defendant Isaac Thomas shall be released from the courthouse on February 12, 2024, following the [98] Order granting his Motion for Release, to Jenn Baker with supervision by Pretrial Services Agency.

**SO ORDERED.**

Date: February 12, 2024

/s/ Colleen Kollar-Kotelly
**COLLEEN KOLLAR-KOTELLY**
United States District Judge