# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3154**                    **September Term, 2023**

1:23-cr-00069-CKK-1

**Filed On: March 18, 2024** [2045509]

United States of America,

    Appellee

  v.

Isaac Anthony Thomas,

    Appellant

### M A N D A T E

In accordance with the order of February 1, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                     BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the order filed February 1, 2024