# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3154**                          **September Term, 2023**

1:23-cr-00069-CKK-1

**Filed On: February 1, 2024** [2038339]

United States of America,

      Appellee

    v.

Isaac Anthony Thomas,

      Appellant

## O R D E R

By order filed December 4, 2023, appellant was ordered to file Memorandum of Law and Fact by January 3, 2024. To date, nothing has been filed. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by March 18, 2024.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                           BY:     /s/
                                                 Hannah N. Gorman
                                                 Deputy Clerk