UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-69-CKK |
| | : | |
| ISAAC THOMAS, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES' MOTION TO DISMISS COUNT TWO**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, moves to voluntarily dismiss—without prejudice—count two of the Indictment, which charges the defendant, Isaac Thomas, with obstruction of an official proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and 2.

Federal Rule of Criminal Procedure 48(a) permits the government to "dismiss an indictment, information or complaint," "with leave of court." Fed. R. Crim. Pr. 48(a). Although the rule is written in terms of the entire charging document, it also applies to individual counts. *See*, *e.g.*, *Thomas v. United States*, 398 F.2d 531, 537 (5th Cir. 1967) ("The right of the prosecution to move for and the court to grant dismissal of an Indictment or separate counts thereof is a hornbook principle.").

Considering the Supreme Court's decision in *United States v. Fischer*, 603 U.S. ___; 144 S. Ct. 2176 (2024), the government seeks leave of this Court to dismiss count two of the indictment filed on March 8, 2023. ECF No. 11.

Accordingly, the government respectfully request that the Court dismiss Count Two without prejudice.

                    Respectfully Submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

                    /s/ *Adam M. Dreher*
                    ADAM M. DREHER
                    Assistant United States Attorney
                    Michigan Bar No. P79246
                    601 D St. NW
                    Washington, D.C. 20530
                    (202) 252-1706

                    TERENCE PARKER
                    Trial Attorney (detailee)
                    New York Bar No. 5775192
                    601 D St. NW
                    Washington, D.C. 20530
                    (202) 803-1600