IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-0069 (CKK) |
| | : | |
| **ISAAC ANTHONY THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF STIPULATIONS

The United States of America, through the U.S. Attorney for the District of Columbia, hereby notifies the Court that the government provided proposed stipulations to the defense on October 22, 2024. The defense informed the government that it requires additional time to review the stipulations to come to an agreement, if any, with the government. Should the parties enter into any stipulations, the parties will promptly file a notice of those stipulations on the docket.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
District of Columbia
NY Bar No. 5226121
601 D Street, N.W.
Washington, D.C. 20530
(202) 803-1612
carolina.nevin@usdoj.gov

/s/ *Terence Parker*
TERENCE PARKER
Trial Attorney (detailee)
U.S. Attorney's Office for the District of Columbia
New York Bar No. 5775192
Terence.Parker3@usdoj.gov
(202) 803-1600

2