IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-0069 (CKK) |
| | : | |
| **ISAAC ANTHONY THOMAS,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S STATUS REPORT

The United States of America, through the U.S. Attorney for the District of Columbia, hereby files this status report pursuant to the Court's Order dated October 1, 2024. The government sent a formal plea offer to counsel for the Defendant on October 15, 2024. The Defendant has not responded to that plea offer, which expired on October 28, 2024.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:    */s/ Carolina Nevin*
        CAROLINA NEVIN
        Assistant United States Attorney
        District of Columbia
        NY Bar No. 5226121
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 803-1612
        carolina.nevin@usdoj.gov

/s/ *Terence Parker*
TERENCE PARKER
Trial Attorney (detailee)
U.S. Attorney's Office for the District of Columbia
New York Bar No. 5775192
Terence.Parker3@usdoj.gov
(202) 803-1600

2